

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00640-CR

Eduardo **REYES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0808
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The trial court signed a certification dated September 9, 2015, that states the underlying case "is not a plea-bargain case, and the defendant has the right of appeal." However, the clerk's record shows this is a plea-bargain case.

Accordingly, the trial court's certification of defendant's right of appeal is defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Sanchez v. State*, 109 S.W.3d 760 (Tex. App.—San Antonio 2003, no pet.).

We ORDER the trial court to amend the certification and cause the trial court clerk to file a supplemental clerk's record containing the amended certification within TWENTY DAYS from the date of this order. *See* TEX. R. APP. P. 25.2(f).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court